```
             UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Roderick Craig

    v.                               Civil No. 14-cv-96-JL

United States of America


**O R D E R**

Petitioner Roderick Craig has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that he was improperly sentenced under the Armed Career Criminal Act of 1984, 18 U.S.C. § 924(e) ("ACCA").  Craig argues that the Supreme Court's decision in Chambers v. United States, 555 U.S. 122 (2009), which postdated his sentencing, makes clear that his prior conviction for escape in the third degree, in violation of Ala. Code § 13A-10-33, does not qualify as a "violent felony" for purposes of the ACCA.  Having conducted a preliminary review of Craig's petition under Rules 1(b) and 4 of the Rules Governing Section 2254 Cases in the United States District Courts and Local Rule 4.3(d)(4), the court concludes that the petition states a facially valid claim to relief and may proceed.  The clerk shall serve the petition on the respondent, who is directed to answer or otherwise plead within thirty (30) days of the date of this Order.  The answer shall comply with the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

**SO ORDERED.**

/s/ Joseph Laplante
_____
Joseph N. Laplante
United States District Judge

Dated: April 16, 2014

cc: Roderick Craig, pro se
    Seth R. Aframe, Esq.